HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEJAVU TUKWILA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF TUKWILA, <br><br> Defendant. | Cause No. C18-228 RSL <br><br> **ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** |

This matter having come before the Court on Motion of the Plaintiff to file an amended complaint pursuant to Federal Civil Rule 15(a)(2), the Court having found that the proposed amendment is made in good faith, the Defendant will suffer no prejudice, there has been no undue delay, the proposed amendment is not futile, and the Plaintiff has not previously sought to file an amended complaint,

NOW THEREFORE it is ordered that the Plaintiff is granted leave to file an amended complaint.

//

//

//

ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT - 1

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/Deja Vu Tukwila/Federal
Lawsuit/Amend Complaint Order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6808
Email: gilbert.levy.atty@gmail.com

DATED THIS 7th day of May, 2018

*[signature]*
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Plaintiff

ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT - 2

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/Deja Vu Tukwila/Federal
Lawsuit/Amend Complaint Order.doc

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6808
Email: gilbert.levy.atty@gmail.com