UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEJAVU TUKWILA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF TUKWILA, <br><br> Defendant. | NO. C18-228RSL <br><br> ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE JAMES P. DONOHUE AS SETTLEMENT JUDGE |

The Court has appointed United States Magistrate Judge James P. Donohue to act as settlement judge in this matter. Tim Farrell, Judge Donohue's, In-Court Deputy will contact counsel to schedule the settlement conference.

DATED this 17th day of July, 2018.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE JAMES P. DONOHUE AS SETTLEMENT JUDGE- 1