HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEJAVU TUKWILA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF TUKWILA, <br><br> Defendant. | Cause No. C18-228 RSL <br><br> **ORDER PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

This matter having come before the Court on stipulation of the parties above-named by and through their respective Counsel,

NOW THEREFORE it is ordered that the Plaintiff is granted leave to file a Second Amended Complaint, of copy of which has been provided to the Court as an attachment to the parties' stipulation.

//

//

//

//

ORDER PERMITTING PLAINTIFF TO
FILE SECOND AMENDED COMPLAINT
- 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6808
Email: gilbert.levy.atty@gmail.com

DATED THIS 6th day of September, 2018

_____
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Plaintiff

ORDER PERMITTING PLAINTIFF TO
FILE SECOND AMENDED COMPLAINT
- 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6808
Email: gilbert.levy.atty@gmail.com