THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT FOR THE
WESTERN OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEJAVU TUKWILA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF TUKWILA, <br><br> Defendant. | No. 2:18-cv-00228-RSL <br><br> [~~PROPOSED~~] STIPULATION FOR AND ORDER OF DISMISSAL <br><br> [CLERK'S ACTION REQUIRED] |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Déjà vu Tukwila, Inc., and Defendant, City of Tukwila, that all of Plaintiff's claims against Defendant may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated: September 21, 2018     GILBERT H. LEVY, ATTORNEY AT LAW


*/s/Gilbert H. Levy*
Gilbert H. Levy, WSBA #4805
*Attorney for Plaintiff Déjà vu Tukwila, Inc.*

2125 Western Avenue, Suite 330
Seattle, WA 98121
Phone: (206) 443-0670
Fax: (866) 471-6808
Email: courts@glevylawyer.com

[~~PROPOSED~~] STIPULATION FOR AND ORDER OF
DISMISSAL - 1
2:18-cv-00228-RSL
1002-01335/381070.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: September 21, 2018       KEATING, BUCKLIN & McCORMACK, INC., P.S.

/s/Jayne L. Freeman
Jayne L. Freeman, WSBA #24318
*Attorney for Defendant City of Tukwila*

801 Second Ave., Ste. 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
jfreeman@kbmlawyers.com

Dated:  September 21, 2018      KENYON DISEND, PLLC

/s/Ann Marie Soto
Ann Marie Soto, WSBA #42911
*Attorney for Defendant City of Tukwila*

11 Front Street South
Issaquah, Washington 98027-3820
Phone:  (425) 392-7090 x 2210
Fax:  (425) 392-7071
Email:  annmarie@kenyondisend.com

[PROPOSED] STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:18-cv-00228-RSL
1002-01335/381070.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 24th day of September, 2018.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK

Presented by:

*/s/ Jayne L. Freeman*
Jayne L. Freeman WSBA #24318
Attorney for Defendant City of Tukwila

[PROPOSED] STIPULATION FOR AND ORDER OF DISMISSAL - 3
2:18-cv-00228-RSL
1002-01335/381070.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423